**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-00353-LTB-MEH

MONE' NOAH, on behalf of herself and others similarly situated,

      Plaintiff,

v.

SIGNIA MARKETING, L.T.D., and
JEFFREY B. FELL,

      Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal

With Prejudice (Doc 25 - filed June 19, 2015), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                  BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED:   June 22, 2015